

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514 • PHONE (516)334-4500 • FAX (516)334-4501 • WWW.SOKOLOFFSTERN.COM

ANNEMARIE JONES
AJONES@SOKOLOFFSTERN.COM

September 2, 2025

> Application GRANTED.  Defendant shall respond to the complaint by **September 19, 2025**.
>
> The Clerk of Court is directed to terminate ECF No. 6.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: September 3, 2025

Via ECF
Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, NY 10007

Re:   *Brown v. Regeis Care Center, LLC.*
      Docket No. 25-cv-4309 (JHR)
      File No. 240439LI

Your Honor:

    This office represents Regeis Care Center, LLC, in the above referenced matter. We write to request a two-week extension to respond to the complaint, from September 6, 2025, until September 19, 2025. We require additional time due to existing court deadlines. This is our first request for an extension. Plaintiff's counsel did not respond to our request for consent.

    We thank the court for its time and consideration.

Respectfully submitted,

SOKOLOFF STERN LLP

ANNEMARIE JONES

cc:
All parties via ECF

LONG ISLAND    ▪    HUDSON VALLEY