UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEISHA BROWN, | |
| Plaintiff, | 25 Civ. 4309 (JHR) |
| -v.- | ORDER |
| REGEIS CARE CENTER, LLC, | |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

Plaintiff Keisha Brown brought this action on May 21, 2025. *See* ECF No. 1. On September 19, 2025, Defendant Regeis Care Center, LLC moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* ECF No. 9. On November 11, 2025, Defendant moved to withdraw its motion to dismiss, noting its consent to the filing of Plaintiff's amended complaint. *See* ECF No. 21. On November 13, 2025, Plaintiff moved for leave to amend her complaint, citing Defendant's consent. *See* ECF No. 23. The Court granted Plaintiff's motion on November 20, 2025. *See* ECF No. 24. On November 24, 2025, Plaintiff filed an amended complaint. *See* ECF No. 26. Accordingly, Defendant's motion to dismiss the complaint, ECF. No. 9, and motion to withdraw the motion to dismiss, ECF No. 21, are hereby DENIED as moot.

The Clerk of Court is directed to terminate ECF Nos. 9 and 21.

SO ORDERED.

Dated: December 8, 2025
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge